UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS VINCENT, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE, LLC, et al.<br><br>        Defendants. | Case No. EDCV 10-00812 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Chase Home Finance, LLC, are DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 19 2010

                                              VIRGINIA A. PHILLIPS
                                      United States District Judge