**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-00812 VAP(DTBx)                Date:  February 10, 2011

Title:        MARCOS VINCENT -v- CHASE HOME FINANCE, LLC, et al.
================================================================
PRESENT:           HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  | Marva Dillard | None Present |
|--|--------------|-------------|
|  | Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|-----------------------------------|-----------------------------------|
| None | None |

PROCEEDINGS:          MINUTE ORDER: (1) DISMISSING DEFENDANTS; AND (2)
                                 ORDERING PLAINTIFF TO SHOW CAUSE WHY HIS
                                 ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO
                                 PROSECUTE (IN CHAMBERS)

       On April 28, 2010 Plaintiff Marcos Vincent ("Plaintiff") filed a complaint
("Complaint") in the Superior Court of California, San Bernardino County, against the
Defendants.[1]  Defendants Chase, JPMorgan, and USBank (the "Removing

_____

       [1] The Defendants are: Chase Home Finance, LLC ("Chase"); JPMorgan Chase
Bank, N.A., erroneously sued as JPMorgan Chase Bank, N.A., and J.P. Morgan
Mortgage Trust 2005-A8 ("JPMorgan"); U.S. Bank National Association, as Trustee,
Successor In Interest To Wachovia Bank, National Association, As Trustee For J.P.
                                                                              (continued...)

MINUTES FORM 11                                  Initials of Deputy Clerk ____md_____
CIVIL -- GEN                         Page 1

EDCV 10-00812 VAP(DTBx)
MARCOS VINCENT v. CHASE HOME FINANCE, LLC, et al.
MINUTE ORDER of February 10, 2011

Defendants") removed the case to this Court on June 2, 1010.  (Doc. No. 1.)  The Removing Defendants obtained consent for the removal from NDEx.  The Removing Defendants asserted in the Notice of Removal, that REO, Realty Execs., Dolan, and the unnamed Does had not been served and therefore did not need to consent to the removal.  (Id. at 3.)

The Removing Defendants filed a Motion to Dismiss, which the Court granted on July 19, 2010.  (Doc. No. 10.)  In its Order and Judgment, the Court dismissed only Defendant Chase from the action.  (Doc. Nos. 10-11.)  Therefore, the Court now DISMISSES WITHOUT PREJUDICE Plaintiff's claims against Defendants JPMorgan and USBank.

None of the other Defendants have made any appearance in this action.  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why the case should not be dismissed for failure to prosecute.  Plaintiff may respond to this order by filing (1) an application to the clerk to enter default against Defendant NDEx; and (2) procedurally-proper proofs of service on all unserved Defendants no later than February 20, 2011.  Failure to respond to this order will result in dismissal of Plaintiff's action.

**IT IS SO ORDERED.**

---

[1](...continued)
Morgan Mortgage Trust 2005-A8 ("US Bank"); NDEx West, LLC ("NDEx"); The REO Group ("REO"); Realty Executives ("Realty Execs."); Mark Dolan ("Dolan"); and Does 1-100.

MINUTES FORM 11                                    Initials of Deputy Clerk _____md_____
CIVIL -- GEN                          Page 2