1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11  MARCOS VINCENT, AN          )    Case No. EDCV 10-00812
    INDIVIDUAL,                 )    VAP(DTBx)
12                              )
                  Plaintiff,   )    **JUDGMENT**
13                              )
         v.                     )
14                              )
    CHASE HOME FINANCE, LLC,    )
15  et al.                      )
                                )
16                Defendants.   )
    _____ )
17

18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19      Pursuant to the Order filed herewith, IT IS ORDERED

20  AND ADJUDGED that Plaintiff's claims against Defendants

21  JPMorgan and US Bank are DISMISSED WITHOUT PREJUDICE.

22  The Court orders that such judgment be entered.

23

24

25  Dated:  February 10, 2011    _____
                                    VIRGINIA A. PHILLIPS
26                                United States District Judge

27

28